FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

MAY 30 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Malcom Maxwell Ryadu-X
(aka) Richard Sanves # 273575
Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. WDQ-13-1398
(Leave blank on initial filing to be filled in by Court.)

Maryland Division of Corrections
Commissioner of Correction
6776 Reisterstown Road Suite #310
Baltimore, Maryland 21215

(Full name and address of the defendant(s))

RECEIVED
PRO SE

MAY 30 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY_____ DEPUTY

## COMPLAINT

**I.    Previous lawsuits**

   A.    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

         YES ☐      NO ☑

   B.    If you answered YES, describe that case(s) in the spaces below.

         1.    Parties to the other case(s):

               Plaintiff: _____

               Defendant(s): _____

Page # 1, continues... (A)


Jessup Correctional Institution
John Wolfe, Warden
7800 House of Corrections Road
Jessup, Maryland 20794


Officer, John Doe # One
(COfc assigned to inmate urinalysis between: 3/4/10 - 5/4/10)
JCI - 7800 House of Corrections Rd.
Jessup, Maryland 20794


Officer, John Doe # Two
(COfc assigned as assist to Cpl. Fleet as Inmate Adjustment Ofc
between 3/4/10 - 1/3/11).
JCI - 7800 House of Corrections Road
Jessup, Maryland 20794


John Doe # Three
(Nurse / Medical Technician)
JCI - 7800 House of Corrections Road
Jessup, Maryland 20794

Page #1, Continues ... (8)

Cpl. Fleet
JCI - 7800 House of Corrections Road
Jessup, Maryland 20794

Sgt. Jordan
JCI - 7800 House of Corrections Road
Jessup, Maryland 20794

Mr. Sandstorm, Adjustment Ofc.
6776 Reisterstown Rd. (DOC)
Baltimore, Maryland 21215

2.    Court (if a federal court name the district; if a state court name the city or county): _____

3.    Case No.: _____

4.    Date filed: _____

5.    Name of judge that handled the case: _____

6.    Disposition (won, dismissed, still pending, on appeal): _____

_____

7.    Date of disposition: _____

## II.    Administrative proceedings

A.    If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐        NO ☑

1.    If you answered YES:

a.    What was the result? _Administrative remedy is not allowed in cases involving disciplinary Personnel, allowable complaint was filed, and ignored._

b.    Did you appeal?   _by the Warden._

YES ☑    NO ☐

2.    If you answered NO to either of the questions above, explain why: _____

_____

III.   **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On /about 3/13/10, 3/20/10, 3/27/10, 4/3/10, 4/10/10 and 4/17/10; I was solicited by Sgt. Jordan and Ofc. John Doe # 1 to participate in homosexual activities between prison staff and inmates (to include masterbation, oral and anal sex) at the Jessup Correctional Institution's segregation unit (B-building) in exchange for contraband (to include drugs, tobacco) access to cell phones and/ or the use of official prison phones in the lieutenants/supervisors' office at the segregation unit. ... continued ...

IV.   **Relief**
(State briefly what you want the Court to do for you.)

SIGNED THIS 23ʳᵈ day of, May , 2013.

_Malcom M. Bylee_
(original signature of plaintiff)

Western Correctional Institution

13800 McMullen Hwy., S.W.

Cumberland, Maryland 21502
(address of plaintiff)

III. Statement & claim, continued... (A)

On/about 4/17/10, I was threatened by Sgt Jordan and Ofc. John Doe #1 with formal disciplinary actions for refusing to participate in the above stated homosexual prostitution ring.

On/about 4/18/10, I was threatened by Ofc. John Doe #Two with formal disciplinary actions if I filed/made complaints against any JCI prison staff in relation to the above stated homosexual prostitution ring.

On/about 4/27/10, I was threatened by Cpl Fleet with formal disciplinary actions if I did not 'keep my mouth shut!' or 'mind my business' about homosexual activities between inmates and prison staff at JCI's segregation unit.

From approx. 12/2/10 through 12/13/10, I was sexually harassed and solicited by John Doe #Three to engage him in a homosexual manner (by exposing my genitalia to him to include masturbation) in exchange for some type of drugs.

III. Statement of claim, continued ... (B)

In retaliation for my formal complaint numbered ARP-JCI-1350-10 concerning this sexual harassment; on 12/28/10 Ofc. John Doe #Two informed me that I was receiving (a ticket) ie, a notice of infraction because I 'don't know how to keep yo' mouth shut!'

On 1/3/11 Cpl. Fleet did intentionally use the disciplinary process of the Md. Division of Correction to punish me for my continued rejection of homosexual demands of prison staff at the Jessup Correctional Institution, as detailed in ARP complaint # JCI-1350-10.

On 1/3/11 Mr. Sandstorm did knowingly and intentionally use his position and authority as disciplinary hearing officer to enforce punishment upon me for my refusal to engage prison staff in homosexual activities.